# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CALVIN RYDELL GROVENER, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-85 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:13-cr-24) |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 12, 2017, Report and Recommendation, dkt. no. 6, to which Movant Calvin Rydell Grovener ("Grovener") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DENIES** Grovener's Motion to Vacate, Set Aside, or Correct his Sentence, brought pursuant to 28 U.S.C. § 2255, **DENIES** Grovener a certificate of appealability, and **DENIES** Grovener leave to proceed *in forma pauperis* on appeal.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 31 day of August, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA